**Delbert W. JONES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49619.**

Missouri Court of Appeals,
Western District.

Jan. 24, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 28, 1995.

Application to Transfer Denied
April 25, 1995.

Emmett D. Queener, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Kocot, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and KENNEDY and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for postconviction relief.

Judgment affirmed. Rule 84.16(b).